William B. Nash (TX Bar No. 14812200)
(bill.nash@haynesboone.com)
*Pro hac vice* application to be filed
Jason W. Whitney (TX Bar No. 24066288)
(jason.whitney@haynesboone.com)
*Pro hac vice* application to be filed
**HAYNES AND BOONE, LLP**
112 East Pecan Street, Suite 1200
San Antonio, TX 78205
Phone: (210) 978-7000
Fax: (210) 978-7450

JENNIFER M. LANTZ (CA Bar No. 202252)
(jennifer.lantz@haynesboone.com)
NICHOLAS V. MARTINI (CA Bar No. 237687)
(nick.martini@haynesboone.com)
**HAYNES AND BOONE, LLP**
525 University Avenue, Suite 400
Palo Alto, California 94301
Phone: (650) 687-8800
Fax: (650) 687-8801

Attorneys for Plaintiff
J & K IP ASSETS, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & K IP ASSETS, LLC, § § § | Civil Action No. _____ |
| Plaintiff § § | **PLAINTIFF J & K IP ASSET'S** |
| v. § § | **CERTIFICATION OF INTERESTED ENTITIES OR** |
| ARMASPEC, INC. § § | **PERSONS** |
| Defendant. § § § § | |

Plaintiff J & K IP Assets, LLC files this Certification of Interested Entities or Persons under Civil L.R. 3-15.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

J & K IP Assets, LLC;

John P. Gangl, owner of J & K IP Assets, LLC; and

Kathleen Gangl, owner of J & K IP Assets, LLC.

Dated: December 26, 2017

HAYNES AND BOONE, LLP

By: _/s/ Jennifer M. Lantz_
Jennifer M. Lantz (CA Bar No. 202252)
(jennifer.lantz@haynesboone.com)
**HAYNES AND BOONE, LLP**
525 University Avenue, Suite 400
Palo Alto, California 94301
Phone: (650) 687-8800
Fax: (650) 687-8801

Attorneys for Plaintiff
J & K IP ASSETS, LLC