William B. Nash (TX Bar No. 14812200)
(bill.nash@haynesboone.com)
*Pro hac vice*
Jason W. Whitney (TX Bar No. 24066288)
(jason.whitney@haynesboone.com)
*Pro hac vice*
**HAYNES AND BOONE, LLP**
112 East Pecan Street, Suite 1200
San Antonio, TX 78205
Phone: (210) 978-7000
Fax: (210) 978-7450

Jennifer M. Lantz (CA Bar No. 202252)
(jennifer.lantz@haynesboone.com)
**HAYNES AND BOONE, LLP**
525 University Avenue, Suite 400
Palo Alto, California 94301
Phone: (650) 687-8800
Fax: (650) 687-8801

Attorneys for Plaintiff
J & K IP ASSETS, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & K IP ASSETS, LLC,<br><br>　　　　Plaintiff<br>v.<br><br>ARMASPEC, INC.<br><br>　　　　Defendant. | Case No. 3:17-cv-07308-WHO<br><br>**JOINT STIPULATION DISMISSING ALL CLAIMS AND MOTION FOR AN ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff J & K IP Assets, LLC ("J&K") and Defendant Armaspec, Inc. ("Armaspec") hereby submit this Joint Stipulation Dismissing All Claims (the "Stipulation") and Motion for an Order of Dismissal (the "Order"):

Whereas, J&K and Armaspec have resolved all claims in this action through a settlement agreement and seek dismissal of this action;

NOW THEREFORE, J&K and Armapsec, through their undersigned attorneys, hereby jointly stipulate pursuant to Federal Rule of Civil Procedure 41 that this action, together with each party's claims against each other herein, be dismissed WITH PREJUDICE.

The parties further stipulate that each shall bear its own costs and attorneys' fees in connection with the claims and counterclaims dismissed in this action.

Finally, the parties respectfully and jointly request that the Court enter this Stipulation and an Order dismissing this action WITH PREJUDICE. To that end, an endorsement block pursuant to Civil L.R. 7-12 is included below.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: December 11, 2019    By: _____
The Honorable William H. Orrick
United States District Judge

Respectfully submitted,

December 2, 2019

| FISH IP LAW, LLP | HAYNES AND BOONE, LLP |
|---|---|
| By: /s/ John van Loben Sels | By: /s/ Jason Whitney |
| John D. van Loben Sels, Esq. (SBN 201354)<br>jvanlobensels@fishiplaw.com<br>Jennifer J. Shih (SBN 276225)<br>jshih@fishiplaw.com<br>**FISH IP LAW, LLP** | William B. Nash (TX Bar No. 14812200)<br>(bill.nash@haynesboone.com)<br>*Pro hac vice*<br>Jason W. Whitney (TX Bar No. 24066288) |

| | | |
|---|---|---|
| 1 | 333 Twin Dolphin Drive, Suite 200<br>Redwood City, California 94065 | (jason.whitney@haynesboone.com)<br>*Pro hac vice* |
| 2 | Telephone: 650-517-9800<br>Facsimile: 650-517-9898 | **HAYNES AND BOONE, LLP**<br>112 East Pecan Street, Suite 1200 |
| 3 | Attorneys for Defendant | San Antonio, TX 78205<br>Phone: (210) 978-7000 |
| 4 | Armaspec, Inc. | Fax: (210) 978-7450 |
| 5 | | Jennifer M. Lantz (CA Bar No. 202252)<br>(jennifer.lantz@haynesboone.com) |
| 6 | | **HAYNES AND BOONE, LLP**<br>525 University Avenue, Suite 400 |
| 7 | | Palo Alto, California 94301<br>Phone: (650) 687-8800 |
| 8 | | Fax: (650) 687-8801 |
| 9 | | Attorneys for Plaintiff<br>J & K IP Assets, LLC |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on December 2, 2019 via ECF notice to the following counsel for Armaspec, Inc.:

John van Loben Sels, Esq.
Fish IP Law LLP
333 Twin Dolphin Drive, Suite 220
Redwood City, California 94065

                 /s/ *Jason Whitney*
                 Jason W. Whitney